Sarah Spinuzzi (SBN 305658)
Email: sarah@coastkeeper.org
Lauren Chase (SBN 324162)
Email: lauren@coastkeeper.org
ORANGE COUNTY COASTKEEPER &
INLAND EMPIRE WATERKEEPER
3151 Airway Avenue, Suite F-110
Costa Mesa, California 92626
Telephone: (714) 850-1965

*Attorneys for Plaintiffs Inland Empire Waterkeeper*
*& Orange County Coastkeeper*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INLAND EMPIRE WATERKEEPER, a program of Orange County Coastkeeper, and ORANGE COUNTY COASTKEEPER, a California non-profit corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>CMC STEEL FABRICATORS, INC.<br><br>       Defendant. | Civil Case No. 8:21-cv-00236-JVS-KES<br><br>**NOTICE OF TENTATIVE SETTLEMENT** |

Notice of Tentative Settlement    1    Civil Case No. 8:21-cv-00236-JVS-KES

**PLEASE TAKE NOTICE** that the parties have reached a tentative settlement in this proceeding. Their agreement is reflected in the proposed Consent Decree attached to this notice as "Exhibit A," a copy of which is being sent to the United States Department of Justice ("DOJ") and the United States Environmental Protection Agency ("EPA") for a 45-day review period as required under Section 135.5 of Title 40 of the Code of Federal Regulations. Plaintiffs will provide the Court with the written notice of commencement of the 45-day review period once Plaintiffs receive that notice from DOJ. At the end of the 45-day review period, Plaintiffs will notify the Court of any objections received from the reviewing agencies and will submit the proposed Consent Decree for consideration and approval by this Court.

Should the Court require any additional information, the undersigned will be pleased to provide it upon request

Dated: August 5, 2021                    Respectfully submitted,

                                          INLAND EMPIRE WATERKEEPER
                                          &ORANGE COUNTY COASTKEEPER

                                          /s/ Sarah Spinuzzi
                                          Sarah Spinuzzi
                                          Attorney for Plaintiffs
                                          Inland Empire Waterkeeper
                                          Orange County Coastkeeper