Sarah Spinuzzi (SBN 305658)
Email: sarah@coastkeeper.org
Lauren Chase (SBN 324162)
Email: lauren@coastkeeper.org
ORANGE COUNTY COASTKEEPER &
INLAND EMPIRE WATERKEEPER
3151 Airway Avenue, Suite F-110
Costa Mesa, CA 92626
Phone: (714) 850-1965

*Attorneys for Plaintiffs Orange County Coastkeeper & Inland Empire Waterkeeper*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INLAND EMPIRE WATERKEEPER, a program of Orange County Coastkeeper, and ORANGE COUNTY COASTKEEPER, a California non-profit corporation;<br><br>Plaintiffs,<br>v.<br><br>CMC STEEL FABRICATORS, INC.<br><br>Defendant. | Civil Case No. 8:21-cv-00236-JVS-KES<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE**<br><br>Judge: Hon. James V. Selna |

**PLEASE TAKE NOTICE THAT:**

WHEREAS, on August 5, 2021, Plaintiffs Orange County Coastkeeper and Inland Empire Waterkeeper (together, "Plaintiffs") and Defendant CMC Steel Fabricators, Inc. ("Defendant" and collectively with Plaintiffs, the "Parties") agreed on a tentative settlement resolving the issues raised in Plaintiffs' complaint; and,

WHEREAS, on August 5, 2021, Plaintiffs filed a Notice of Tentative Settlement and requested the Court not sign the Consent Decree until a mandatory period for comment by the United States had passed pursuant to United States Code, title 33 section 1365(c)(3) and Code of Federal Regulations, title 40, section 135.5 (Dkt #16); and,

WHEREAS, on August 13, 2021, Plaintiffs filed a Notice of Commencement of 45-Day Review Period, which advised the Court that the United States had acknowledged receipt of the Consent Decree and would notify the Court of any objections to the Consent decree by September 20, 2021 (Dkt #18); and

WHEREAS, on September 17, 2021, the United States Department of Justice issued a letter in which it stated that the United States does not object to the Court's entry of the Consent Decree into judgment, which Plaintiffs filed with this Court as Exhibit A to the Notice of No Objection (Dkt #19); as the Agencies have indicated that they have no objection to entry, the Court may now enter the [Proposed] Consent Decree, which includes a request that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary.

///
///
///
///
///
///

2

THEREFORE, Plaintiffs hereby request the Court sign the [Proposed] Consent Decree, a true and correct copy of which is attached to this Notice of Lodging as "Exhibit A," and enter the Consent Decree as judgment.

Dated: September 22, 2021

Respectfully submitted,

/s/ Lauren D. Chase
Lauren D. Chase
Attorney for Plaintiffs Inland Empire Waterkeeper and Orange County Coastkeeper